33

STATE OF MONTANA,

Plaintiff,                                              NO. DC-87-50

vs.                                                        DECISION

ROBERT GEARY DIXON,

Defendant.

On June 13, 1988, the Defendant was sentenced to twenty (20) years with five (5) years suspended for Sexual Abuse of Children, plus conditions. The defendant received 185 days credit for time served.

On July 24, 1992, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Patrick Flaherty, Attorney at Law from Great Falls, Montana. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 24th day of July, 1992.

**Hon. Ed McLean, Chairman, Hon. Thomas M. McKittrick, Hon. G. Todd Baugh, Judges.**

The Sentence Review Board wishes to thank Patrick Flaherty, Attorney at Law from Great Falls for his assistance to the defendant and to this Court.